APR 27 2005

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:02CR 260-Mu

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **ORDER TO SEAL** |
| ) | |
| **TRENT RAE SHORT** ) | |
| ) | |

For the reasons contained within the Motion of the Defendant, it is **HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That the defendant's Motion is ordered sealed within the records of the Clerk of Court.

This the __**2nd**__ day of May 2005.

_____
Judge Presiding